1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 FERNANDO RUBIO,                    )  No.  1:11-CV-02082-AWI-BAM
                                      )
12           Plaintiff,               )
                                      )  **NOTICE OF VOLUNTARY DISMISSAL**
13      vs.                           )  **OF ACTION; ORDER**
                                      )
14 ABDO SAAD DBA FAMILY MARKET, et    )
   al.,                               )
15                                    )
                                      )
16           Defendants.              )
                                      )
17 _____   )

18      WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19      WHEREAS, Plaintiff and Defendants have settled the matter;

20      WHEREAS, no counterclaim has been filed;

21      Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23 Date: February 22, 2012              MOORE LAW FIRM, P.C.

24

25                                     /s/Tanya E. Moore
                                       _____
26                                     Tanya E. Moore
                                       Attorneys for Plaintiff Fernando Rubio
27

28 ///



*Rubio v. Abdo Saad dba Family Market, et al.*
Notice of Voluntary Dismissal; Order
                              Page 1

1

## ORDER

2        Good cause appearing,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

6   IT IS SO ORDERED.

7   Dated:   February 22, 2012

8                                                    CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Rubio v. Abdo Saad dba Family Market, et al.*
Notice of Voluntary Dismissal; Order